# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| John Schwartz, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. **1:10CV455** |
| CAB Asset Management, LLC, a Maryland limited liability company, | ) | |
| Defendant. | ) | Jury Demanded |

## COMPLAINT

Plaintiff, John Schwartz, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a finding that Defendant's debt collection actions violated the FDCPA, and to recover damages for Defendant's violation of the FDCPA, and alleges:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because: a) the acts and transactions occurred here; b) Plaintiff resides here; and, c) Defendant transacts business here.

## PARTIES

3. Plaintiff, John Schwartz ("Schwartz"), is a citizen of the State of Indiana, residing in the Northern District of Indiana, from whom Defendant attempted to collect a delinquent consumer debt, despite the fact that he was represented by the legal aid attorneys at the Chicago Legal Clinic's Legal Advocates for Seniors and People with Disabilities program ("LASPD").

4.     Defendant, CAB Asset Management, LLC ("CAB"), is a Maryland corporation, that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer debts. In fact, Defendant CAB was acting as a debt collector, as that term is defined in the FDCPA, as to the delinquent consumer debts it attempted to collect from Plaintiff.

## FACTUAL ALLEGATIONS

5.     Mr. Schwartz is a senior citizen, with limited assets and income, who fell behind on paying his bills. When Defendant CAB began trying to collect from Mr. Schwartz one of his delinquent consumer debts, he sought the assistance of the legal aid attorneys at the Chicago Legal Clinic's LASPD program, regarding his financial difficulties and Defendant CAB's collection actions.

6.     Accordingly, on October 13, 2010, Mr. Schwartz's attorney at LASPD informed Defendant CAB, in writing, that Mr. Schwartz was represented by counsel, and directed CAB to cease contacting him, and to cease all further collection attempts because Mr. Schwartz was forced, by his financial circumstances, to refuse to pay his unsecured debt. Copies of this letter and fax confirmation are attached as Exhibit A.

7.     Nonetheless, Defendant CAB's debt collector continued to call Mr. Schwartz directly, including, but not limited to telephone calls on October 27 and 29, 2010, from telephone number 877-569-4713, to demand payment of the debt.

8.     Thus, on November 4, 2010, Mr. Schwartz's attorneys had to send Defendant CAB yet another letter, directing it to cease communications and to cease its collection attempts. Copies of this letter and fax confirmation are attached as Exhibit B.

2

9. All of the collection actions complained of herein occurred within one year of the date of this Complaint.

10. Defendant CAB's collection communications are to be interpreted under the "unsophisticated consumer" standard. See, Gammon v. GC Services, Ltd. Partnership, 27 F.3d 1254, 1257 (7th Cir. 1994).

## COUNT I
## Violation Of § 1692c(c) Of The FDCPA --
## Failure To Cease Collections

11. Plaintiff adopts and realleges ¶¶ 1-10.

12. Section 1692c(c) of the FDCPA prohibits a debt collector from communicating with a consumer after a direction to cease communications, and from continuing to demand payment of a debt that the consumer has indicated that they refuse to pay. See, 15 U.S.C. § 1692c(c).

13. Here, the letter from Mr. Schwartz's agents/attorneys told Defendant CAB to cease communications and to cease collections (Exhibit A). By continuing to communicate regarding this debt and demanding payment, Defendant CAB violated § 1692c(c) of the FDCPA.

14. Defendant CAB's violations of § 1692c(c) of the FDCPA render it liable for statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

## COUNT II
## Violation Of § 1692c(a)(2) Of The FDCPA --
## Communicating With A Consumer Represented By Counsel

15. Plaintiff adopts and realleges ¶¶ 1-10.

16. Section 1692c(a)(2) of the FDCPA prohibits a debt collector from communicating with a consumer if the debt collector knows the consumer is

represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address. See, 15 U.S.C. § 1692c(a)(2).

17. Defendant CAB knew that Mr. Schwartz was represented by counsel in connection with his debts because his attorneys had informed Defendant, in writing (Exhibit A), that he was represented by counsel, and had directed Defendant to cease directly communicating with him. By directly calling Mr. Schwartz, despite being advised that he was represented by counsel, Defendant CAB violated § 1692c(a)(2) of the FDCPA.

18. Defendant CAB's violations of § 1692c(a)(2) of the FDCPA render it liable for statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

## PRAYER FOR RELIEF

Plaintiff, John Schwartz, pray that this Court:

1. Find that Defendant CAB's debt collection actions violated the FDCPA;

2. Enter judgment in favor of Plaintiff, Schwartz, and against Defendant CAB, for statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA; and,

3. Grant such further relief as deemed just.

## JURY DEMAND

Plaintiff, John Schwartz, demands trial by jury.

John Schwartz,
By: _____
One of Plaintiff's Attorneys

Dated: December 21, 2010

4

David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL  60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

October 13, 2010

CAB Asset Management LLC
PO Box 20298
Towson, MD 21284

Re:  John Schwartz

, IN

Consumer's account:

LASPD file number: 4380

Dear Sir or Madam:

Please be advised that we represent John Schwartz regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets.  LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Mr. Schwartz. As you will see, Mr. Schwartz's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

Jeff Whitehead,
Supervising Attorney
Enc.


EXHIBIT A

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL  60606
312-263-1633
Fax:  312-263-1637
E-Mail:  info@mylegaladvocates.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD.  This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: _John J. Schwartz_
                First Client

SIGNED: X _John J. Schwartz_
              First Client

DATED: _12-6-08_

PRINTED NAME: _____
                Second Client

SIGNED: _____
             Second Client

DATED: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _6th_ DAY OF _December_, 200_8_.

_____
NOTARY PUBLIC Cheri J. Yoder

6

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely, neatly** and **accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

### A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS - MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS)

| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
|---|---|---|---|
| Social Security, Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) *Please circle one or more.* | Social-Security ▓▓▓ | | ▓▓▓ |
| Other Disability Benefits | None | | |
| Veterans' Benefits | None | | |
| Workers' Compensation | None | | |
| Public Aid | None | | |
| Alimony | None | | |
| Child Support | None | | |
| Pension Benefits (ERISA- from company retirement plans) or IRA's | None | **TOTAL INCOME** | ▓▓▓ |

### B. MONTHLY EXPENSES - MONEY YOU PAY TO OTHERS

| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
|---|---|---|---|
| Rent/Mortgage *Please circle one.* | ▓▓▓ | Clothing | ▓▓▓ |
| Utilities (gas, electric, telephone, cell phone, water, etc.) | ▓▓▓ | Medical | |
| Real estate taxes. *Be sure to divide the yearly amount by 12.* | | Dental | |
| Food | ▓▓▓ | Religious Affiliation Donations | |

7

| Car Payment(s) | | Health Insurance | HHMANA |
|---|---|---|---|
| Car Insurance | | | |
| Car: Gas & Maintenance | | Life Insurance | |
| Other Transportation Costs | | Other Expenses (List) | |
| | NONE | | |
| Reasonable expenses to support a child or parent | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |

Have you ever **co-signed** a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? _____.
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan): 

_____

**The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.**

PRINTED NAME: x John J. Schwartz
First Client

SIGNED: John Schwartz
First Client

DATED: 12-6-08

PRINTED NAME: _____
Second Client

SIGNED: _____
Second Client

DATED: _____

SUBSCRIBED AND SWORN TO ME THIS
6th DAY OF December, 2008

x NOTARY PUBLIC Chris J Yoder

8

# NetCFax Sent Fax transmission report
# Fax sent at:  5:51:04 PM, 10/13/2010

Server: fileserver at IP address 192.168.0.21

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.

NB - This fax was sent using your cover page layout as specified.

## THIS FAX WAS SENT SUCCESSFULLY...

| | |
|---|---|
| Fax Status: | NORMAL |
| NetCFax Fax ID #: | 32955 |
| To Fax #: | 14106635520 |
| To Name: | |
| To Company: | CAB Asset Mgmnt |
| From Fax Number: | 13122631637 |
| From Voice Number: | 13122631633 |
| From Name: | Jeff Whitehead |
| From Company: | LASPD |
| **Subject:** | **John Schwartz / ▓▓▓▓▓** |
| **Time Sent:** | **17:51:04** |
| **Date Sent:** | **2010-10-13** |
| Sending Time: | 2 mins 57 secs |
| **Total Pages:** | **Cover page plus 5 attached pages.** |

No comments were included on cover page...

## END OF TRANSMISSION REPORT...

**Legal Advocates for Seniors and People with Disabilities**
211 W. Wacker Drive, Suite 750, Chicago, IL 60606
Phone: 312-263-1633   Fax: 312-263-1637
Website: www.mylegaladvocates.org
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

November 04, 2010

CAB Asset Management LLC
PO Box 20298
Towson, MD 21284

Re:  John Schwartz

      IN

Reference: #
LASPD file number: 4380

Dear Sir or Madam,

As you know from our previous correspondence, dated October 13, 2010, we represent John Schwartz regarding your firm's attempts to collect the above-referenced debt.

In that correspondence, we requested that you cease all further communications with Mr. Schwartz. Nonetheless, your firm has continued to contact Mr. Schwartz directly, via telephone call from 877-569-4713 on October 27, 2010 at 6:30pm. We demand that your firm immediately stop contacting Mr. Schwartz and direct all further communications regarding this debt to our office.

Moreover, as we previously informed your firm, Mr. Schwartz's income is protected from levy, attachment or garnishment by Federal and/or State law. We therefore request that you cease all further collection activities regarding this debt.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*[signature: Jeff Whitehead]*

Jeff Whitehead,
Supervising Attorney
Enc.

EXHIBIT B

# NetCFax Sent Fax transmission report
# Fax sent at: 07:48:02 AM, 11/04/2010

Server: fileserver at IP address 192.168.0.21

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.

NB - This fax was sent using your cover page layout as specified.

### THIS FAX WAS SENT SUCCESSFULLY...

| | |
|---|---|
| Fax Status: | NORMAL |
| NetCFax Fax ID #: | 32955 |
| To Fax #: | 14106635520 |
| To Name: | |
| To Company: | CAB Asset Mgmnt |
| From Fax Number: | 13122631637 |
| From Voice Number: | 13122631633 |
| From Name: | Jeff Whitehead |
| From Company: | LASPD |
| **Subject:** | **John Schwartz /** |
| **Time Sent:** | **07:48:02** |
| **Date Sent:** | **2010-11-04** |
| Sending Time: | 2 mins 55 secs |
| **Total Pages:** | **Cover page plus 5 attached pages.** |

No comments were included on cover page...

### END OF TRANSMISSION REPORT...