# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| John Schwartz,<br>    Plaintiff,<br><br>    v.<br><br>CAB Asset Management, LLC, a<br>Maryland limited liability company,<br>    Defendant. | )<br>)<br>)<br>)    No. 1:10-cv-455-JVB-RBC<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of his claims against the Defendant, with prejudice.

Dated: March 22, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically.  Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on March 22, 2011 by 5:00 p.m.

CAB Asset Management, LLC
c/o David G. Peltan
Peltan Law, PLLC
128 Church Street
East Aurora, New York 14052

/s/ David J. Philipps_____

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com